UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

EMILY BENAVIDES,

       Plaintiff,

CASE NO. 3:25-cv-164

v.

HON. ROBERT J. JONKER
MATTHEW JOHN VOLLMER,   (Sitting by Designation)

       Defendant.
_____/

## ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS

The Court having been advised by the plaintiff on August 29, 2025, that the plaintiff and defendant have reached a settlement in this matter (ECF No. 31),

**IT IS ORDERED** that closing documents shall be filed with the Court on or before **September 29, 2025**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the court's docket, this case will be dismissed without prejudice and without costs.

Dated: September 2, 2025           /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE